UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CODY BREAUX | * CIVIL ACTION |
| | * NO.: 15-1387 |
| VERSUS | * |
| | * SECTION: " N " |
| MAESTRO SHIPPING S.A., | * |
| MASTERMIND SHIPMANAGEMENT | * MAGISTRATE: ( 1 ) |
| LTD., GOLDPEAK SHIPPING CO., | * |
| LTD., and NORTH OF ENGLAND P&I | |
| ASSOCIATION, LTD. | |

### EX PARTE/CONSENT MOTION TO CONTINUE TRIAL

Defendants Mastermind Shipmanagement, Ltd. ("Mastermind"), Goldpeak Shipping Co., Ltd., and North of England P&I Association, Ltd. (collectively "Defendants"), through undersigned counsel, respectfully move this Honorable Court to continue trial of this matter for the reasons set forth below.

This lawsuit arises out of an injury to Plaintiff Cody Breaux which occurred while he was working as a fumigator onboard the M/V MAESTRO EAGLE as an employee of Triton Fumigation, LLC. Briefly, as Plaintiff was preparing to start fumigating the vessel's cargo he placed his right hand on the top of combing of Cargo Hold No. 3, where it was rolled over by a hatch cover being moved in order to facilitate the completion of cargo operations.

Discovery in this matter has been proceeding amicably without cause for any disputes amongst the parties requiring the Court's attention; rounds of written discovery have already been completed, Plaintiff's deposition was recently taken by Defendants, and additional depositions of fact witnesses are expected to take place within the coming weeks. However,

1

Plaintiff has also requested depositions of seven (7) members of the crew of the M/V MAESTRO EAGLE who were present or nearby at the time of the alleged incident, and who are believed to possess information material to issues of liability.  Of those seven crew members (who are all either Montenegrin or Filipino nationals), three (3) are currently at sea on vessels managed by Mastermind; two (2) are on leave in their home countries pending the start of their next contracts; and two (2) are no longer associated with Defendants and have yet to be located through their last known means of contact.  Of the five (5) seamen who have been located, all are willing to give their depositions (despite being beyond the subpoena power of the Court) subject to mutually agreeable dates and locations being determined.  In all likelihood this will require foreign travel by counsel for Plaintiff and Defendants, who have intervening trials scheduled in May and June, respectively.  As a result, and despite the parties best efforts, it has not been possible to coordinate depositions of those seven seamen to date, nor does it appear that that the depositions can realistically be completed before the present discovery cut-off of June 16, 2016.

Accordingly, the Defendants respectfully request that the Court grant a short continuance of six months of the trial presently scheduled for August 15, 2016.  Defendants aver that this would be the first continuance granted in this suit.  Defendants further advise the Court that based on their discussions with Plaintiff they are cautiously optimistic that, once the depositions of the aforementioned seamen are taken and factual questions within their knowledge answered on the record, the parties' disparate views of liability may be resolved to the extent that settlement of this dispute may be possible before trial.

WHEREFORE   Defendants   Mastermind   Shipmanagement,   Ltd.   ("Mastermind"), Goldpeak Shipping Co., Ltd., and North of England P&I Association, Ltd. respectfully move the

Court for an order continuing the trial presently set for August 15, 2016, and setting a scheduling conference for a new trial date and pre-trial deadlines to be chosen.

Defendants have discussed the instant motion with counsel for Plaintiff Cody Breaux and are advised that Plaintiff consents to the requested continuance.

                                        Respectfully Submitted,

                                        */s/ Alan R. Davis*
DANIEL A. TADROS, T.A., #21906
ALAN R. DAVIS, #31694
**CHAFFE McCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2300
Telephone (504) 585-7000
**Attorneys for Mastermind Shipmanagement, Ltd., Goldpeak Shipping Co., Ltd., and North of England Protection & Indemnity Association, Ltd.**

2689044-1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 17th day of May, 2016, a copy of the foregoing has been filed with the United States District Court for the Eastern District of Louisiana by electronic case filing/case management. All counsel of record are being served with this filing by either the court's electronic filing system or by email, telefaxing and/or placing a copy of same in the United States Mail, properly addressed and with adequate postage affixed thereon.

                                            */s/ Alan R. Davis*_____